# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1532
_____

William Andre Owens

*Plaintiff - Appellant*

v.

Ocwen Financial Corporation

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 18, 2024
Filed: January 23, 2024
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Missouri resident William Owens appeals the district court's[1] adverse grant of summary judgment and dismissal of his pro se complaint. Upon de novo review, we

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

agree with the district court that Owens's claims were barred by res judicata. <u>See</u> <u>Banks v. Int'l Union Elec., Elec., Tech., Salaried & Mach. Workers</u>, 390 F.3d 1049, 1052 (8th Cir. 2004) (standard of review); <u>see also</u> <u>Daredevil, Inc. v. ZTE Corp.</u>, 1 F.4th 622, 627 (8th Cir. 2021) (this court gives federal court diversity judgment same claim-preclusive effect forum's state courts would give to state court judgment); <u>Steinbach v. Maxion Wheels Sedalia LLC</u>, 637 S.W.3d 493, 501-02 (Mo. Ct. App. 2021) (elements of res judicata under Missouri law).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also grant Ocwen's pending motion to take judicial notice of filings in a prior action.

_____